UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NSONSA KISALA,<br>     Plaintiff,<br><br>     v.<br><br>STATE OF CONNECTICUT, STATE OF CONNECTICUT DEPARTMENT OF PUBLIC HEALTH,<br>     Defendants. | No. 3:16-cv-401 (SRU) |

## ORDER OF DISMISSAL

On May 11, 2017, the defendants, State of Connecticut and State of Connecticut Department of Public Health, filed a suggestion of death on the record, noting the death of Nsonsa Kisala, the sole plaintiff in this action. (doc. # 38.) Rule 25(a)(1) of the Federal Rules of Civil Procedure requires dismissal of an action brought by a deceased plaintiff if a motion for substitution of the proper party is not made within 90 days after service of a statement noting the plaintiff's death. Accordingly, the 90-day period within which a motion for substitution could have been filed in the present action began no later than May 11, 2017, and ended August 9, 2017. Because I have received no motion for substitution, the present action is hereby DISMISSED without prejudice.

     So ordered.

Dated at Bridgeport, Connecticut, this 5th day of September 2017.

                                                   /s/ STEFAN R. UNDERHILL
                                                   Stefan R. Underhill
                                                   United States District Judge